

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00303-CV

Alfonso (AE) **CABALLERO** and Alfonso Edmundo Caballero, III,
Appellants

v.

**GRANDVIEW WILDLIFE RANCH, LLC**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 20-469
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are not assessed against appellants because they qualify as indigent.

SIGNED July 16, 2025.

_____
Irene Rios, Justice